**Order entered June 25, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01391-CV

**MARSHA FONTANIVE, Appellant**

**V.**

**CDX HOLDINGS, INC., Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-01736-A**

## ORDER

We **REINSTATE** this appeal, which we abated for settlement purposes until June 26, 2015. On the parties' joint motion, we **ABATE** the appeal again to allow the parties an opportunity to finalize the settlement terms. The appeal will be reinstated August 25, 2015 or upon motion by the parties to reinstate and dismiss, whichever occurs sooner.

/s/    CRAIG STODDART
JUSTICE